1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| LEE YANG, | ) | |
|---|---|---|
| | ) | Civil Action No. 1:04-cv-05973 SMS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 2, 2005, in which to file and serve Plaintiff's Opening brief. All remaining actions under the scheduling order filed, July 16, 2004, shall proceed under the time limit guidelines set therein.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: May 3, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: May 4, 2005 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Kristi C. Kapetan |
| 6 | | (As authorized via facsimile) |
| | | KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  May 11, 2005 | |
| | | /s/ Sandra M. Snyder |
| 10 | | SANDRA M. SNYDER |
| | | United States Magistrate Judge |