1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                 THE EASTERN DISTRICT OF CALIFORNIA

9                            AT FRESNO

10 LEE YANG                )
                           )   Civil Action No. 1:04-cv-05973 SMS
11                         )
        Plaintiff,         )   STIPULATION AND ORDER
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
        Defendant.         )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 30 day extension of time, until July 2, 2005, in which to

20 file and serve Plaintiff's Opening brief.  All remaining actions under the scheduling order

21 filed, July 16, 2004, shall proceed under the time limit guidelines set therein.

22 / /

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

| | | |
|---|---|---|
| 1 | Dated: May 31, 2005 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: May 31, 2005 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan <br> (As authorized via facsimile) <br> KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  June 1, 2005 | |
| 10 | | /s/ Sandra M. Snyder <br> SANDRA M. SNYDER <br> United States Magistrate Judge |