McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEE YANG, | ) | 1:04-cv-5973 SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate

that defendant's time to respond to plaintiff's opening brief be

extended from August 8, 2005 to September 21, 2005.

///

///

///

///

///

///

1

1    This is defendant's first request for an extension of time

2  to respond to plaintiff's opening brief.  Defendant inadvertently

3  missed printing out the ECF notice and document re: plaintiff's

4  opening brief.  Defendant did not become aware of the problem

5  until recently.  Therefore, defendant needs the additional time

6  to further review the file and prepare a response in this matter.

7

8                           Respectfully submitted,

9  Dated: August 19, 2005

10                          /s/ Gina M. Fazio

11                          (as authorized by facsimile)
                            GINA M. FAZIO

12                          Attorney for Plaintiff

13

14  Dated: August 19, 2005   McGREGOR W. SCOTT
                            United States Attorney

15

16

17                          /s/ Kristi C. Kapetan
                            KRISTI C. KAPETAN

18                          Assistant U.S. Attorney

19

20  IT IS SO ORDERED:

21

22

23  Dated:   8/23/2005

24                           /s/ Sandra M. Snyder
                            THE HONORABLE SANDRA M. SNYDER

25                          United States Magistrate Judge

26

27

28
                                   2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28